**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD WHEELER, | NO. CV 19-1094-CJC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 9, 2019.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE